UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
AUG 4 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Case No. **00-6214** CR-ROETTGER
18 U.S.C. §228(a)(3)

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA, )
)
           Plaintiff, )
)
v. )
)
LUIS BULAS, JR., )
)
           Defendant. )
_____)

## INFORMATION

The United States Attorney charges that:

Beginning in or about July 1998, and continuing through December 22, 1998, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

LUIS BULAS, JR.,

while a resident of Switzerland, willfully failed to pay a past due support obligation for the support and maintenance of a child residing in Florida and to the parent with whom the child lived, said obligation having been determined by the Circuit Court of Dade County, Florida, in Case No.82-003483 and which had remained unpaid for a period longer than two years and was greater than $10,000.



All in violation of Title 18, United States Code, Section 228(a)(3).

GUY A. LEWIS
UNITED STATES ATTORNEY

BRUCE TERRY BROWN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| LUIS BULAS, JR. | **Superseding Case Information**: |

**Court Division**: (Select One)

_X_ Miami ___ Key West
___ FTL ___ WPB ___ FTP

New Defendant(s)       Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No) NO _____
   List language and/or dialect _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                      (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | | |
   | II | 6 to 10 days | ___ | Minor | | ___ |
   | III | 11 to 20 days | ___ | Misdem. | | ___ |
   | IV | 21 to 60 days | ___ | Felony | | _X_ |
   | V | 61 days and over | ___ | | | |

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) NO _____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____     District of _____

   Is this a potential death penalty case? (Yes or No) NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _x_ No

BRUCE T. BROWN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 999490

*Penalty Sheet(s) attached

REV.6/27/00

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
<u>PENALTY SHEET</u>**

Defendant's Name:  <u>Luis Bulas, Jr.</u>       No.: _____

Count #I:
<u>Failure to pay child support; in violation of 18:228(a)(3)</u>

<u>*Max Penalty: Not more than 2 years' imprisonment and $250,000 fine</u>

Count #II:

<u>*Max Penalty:</u>

Count #:

<u>*Max Penalty:</u>

Count # :

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, <u>restitution, special assessments, parole terms or forfeitures that may be applicable.</u>**

REV. 12/12/96