OCT 26 2000
CLERK, U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-06214-CR-ROETTGER

UNITED STATES OF AMERICA

v

LUIS BULAS, JR.

NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for FRIDAY NOVEMBER 17, 2000 at 2:00P.M. at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

PLEA.

CLARENCE MADDOX, CLERK

DATED: 10/26/00

BY: P. Hart

Deputy Clerk