AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

LUIS BULAS, JR.

**WAIVER OF INDICTMENT**

CASE NUMBER: 00-6214-CR-ROETTGER

FILED by __ D.C.
NOV 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

I, LUIS BULAS, JR, the above named defendant, who is accused of Failure to pay child support, in violation of Title 18, United States Code, Section 228, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __11/16/00__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
LUIS BULAS, JR.
Defendant.

_____
Counsel for Defendant

Before _____
UNITED STATES MAGISTRATE JUDGE    11-16-00