**COURT MINUTES**

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

| | | | |
|---|---|---|---|
| DEFT: | LUIS BULAS, JR. (surrender) | CASE NO: | 00-6214-CR-ROETTGER |
| AUSA: | BRUCE BROWN | ATTY: | JOE ROSENBAUM, ESQ. |
| AGENT: | | VIOL: | 18:228(a)(3) |
| PROCEEDING: | I/A ON INFORMATION | RECOMMENDED BOND: | PSB |
| BOND HEARING HELD - yes (no) | | COUNSEL APPOINTED: | |
| BOND SET @: | 25,000 PSB | To be cosigned by: | |

FILED by
NOV 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed N/A
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Advised of charges
Oral present
waiver of indictment
executed

INFO
Reading of ~~indictment~~ Waived
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | N/A | | | |

DATE: 11-16-00    TIME: 1:30    FTL/LSS TAPE # 00 -    Begin 2982    End 3210