UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6214-CR-ROETTGER

UNITED STATES OF AMERICA

vs

LUIS BULAS, JR.

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on NOVEMBER 16, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __ON BOND FORM__

                     Telephone:_____

DEFENSE COUNSEL:     Name: __JOE ROSENBAUM, ESQ.__

                     Address:_____

                     Telephone:_____

BOND SET/CONTINUED:  $ 25,000 PSB

Bond hearing held: yes____ no _X_ Bond hearing set for_____

Dated this __16TH__ day of __NOVEMBER__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: Jenny Butler
Deputy Clerk

Tape No. __00-058__

cc: Copy for Judge
    U. S. Attorney

