UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _00-6214-CR_
_ROETTGER_

UNITED STATES OF AMERICA,        :

v.                               :        **NOTICE OF PERMANENT**
**APPEARANCE AS COUNSEL**
_Luis Bulas, Jr_                 :        **OF RECORD**

_____  :

FILED by ___ D.C.
NOV 16 2000

COMES NOW _JOSEPH S. ROSENBAUM, P.A._ and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: _11/16/00_

Attorney _JOSEPH S. ROSENBAUM_
Address _2400 S. DIXIE Hwy #105_
City _MIAMI_ State _Fl_ Zip _33133_
Telephone _305-858-7377_
Florida Bar No. _240206_
Fax No. _305-858-7299_

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____

_____