

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

FILED by _____ D.C.

JAN 1 8 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT LAUD.

COURT MINUTES

Case No.: 00- 6214-CR-NCR Date: 1/18/01

Courtroom Clerk: P. Hait    Court Reporter: Bernie

Probation Officer: _____    Interpreter: _____

Plaintiff(s): U.S.A.    Counsel: Brown

Defendant(s): 1) Bulas (B)    Counsel: G. Hasinbaum

Reason For Hearing: Plea

Result of Hearing/Judgment: D plead & adj. as
guilty YSO ndivcl. Sent. set
Jul 9, 2001 at 10:30 A.M. Bond
Contd.

Misc.: _____