FILED by D.C.
2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 99-871/00-6214 Date: 8 Feb 01
Courtroom Clerk: C Pressman Court Reporter: J. Reeves
Probation Officer: _____ Interpreter: _____

Plaintiff(s): USA Counsel: Brown 00-6214
99-871

Defendant(s): Bulas Counsel: Rosenbaum

Reason For Hearing: Sentencing

Result of Hearing/Judgment: No Fine; 30 months 99-871 Count 11; 24 months 00-6214 to be served concurrently. Court orders to sell house in Switzerland + apply to child support first then on a per portion bases to the victims in 99-871. Not to be in business dealing with security + no more debt.

Misc.: $200 total assessment for both cases. Defer reporting date to Friday June 8 2001. Recommend to BOP South Dade. Random Drug Testing - if fail test - immediate arrest. Recommend 500 hour Drug Program. Total 3 yr supervise release