AO 245B (Rev. 2/96) Sheet 1 - Judgment in a Criminal Case

FILED by _____ D.C.

# United States District Court

## Southern District of Florida

FEB 2 — 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. FT. LAUD.

UNITED STATES OF AMERICA
v.
**LUIS BULAS**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **0:00CR06214-001**

A.U.S.A.-Brown Joseph Rosenbaum, Esq.
Defendant's Attorney

**THE DEFENDANT:**

[x] pleaded guilty to count(s)   1
[ ] pleaded nolo contendere to count(s) which was accepted by the court
[ ] was found guilty on count(s) after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 228 (a)(3) | Failure to pay child support | 03/24/2000 | 1 |

VP. Hatt
3/2/01

The defendant is sentenced as provided in pages 2 through   6   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984

[ ] The defendant has been found not guilty on count(s)

[ ] Count(s)                                      (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No   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
Defendant's Date of Birth:   03/20/1956
Defendant's USM No.   59041-004   59041-054
Defendant's Residence Address

2844 S.W. 23 Street

Miami                FL     33145

Defendant's Mailing Address

2844 S.W. 23 Street

Miami                FL     33145

02/08/2001
Date of Imposition of Judgment

*signature*

**NORMAN C. ROETTGER**
**U.S. DISTRICT COURT JUDGE**
Name & Title of Judicial Officer

21 Feb 2001
Date

AO 245B (Rev. 8/96) Sheet 2 - Imprisonment

Judgment-Page 2 of 6

DEFENDANT: LUIS BULAS
CASE NUMBER: 0:00CR06214-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __24__ month(s)

**Sentence imposed to run concurrent with sentence imposed in Case #99-871-CR-ROETTGER.**

[✓] The court makes the following recommendations to the Bureau of Prisons:

**SOUTH DADE & 500 HOUR DRUG TREATMENT PROGRAM**

[ ] The defendant is remanded to the custody of the United States Marshal.

[✓] The defendant shall surrender to the United States Marshal for this district.

   [✓] at    12:00     p.m. on    06/08/2001
   [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] before 2 p.m. on    06/08/2001
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on    06-11-2001    to    Federal Detention Center Miami, FL.
at 33 NE 4 St. Miami, FL. 33128 with a certified copy of this judgment.

Monica S. Wetzel, Warden



By Ariel O. Guerrero, L.I.E.